■ In the Matter of ANISSA BLANDING, Petitioner, v HAROLD BEELER et al., Respondents. [695 NYS2d 697] —Application for an order pursuant to CPLR article 78 denied and the petition dismissed, without prejudice to petitioner raising the issue on direct appeal, if any, without costs or disbursements. No opinion. Concur—Sullivan, J. P., Nardelli, Wallach, Andrias and Friedman, JJ.

■ In the Matter of JORGE SOROTE, a Suspended Attorney. [697 NYS2d 516] —Motion for reinstatement denied, with leave to renew, as indicated. Concur—Sullivan, J. P., Rosenberger, Wallach, Andrias and Saxe, JJ.

(September 30, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO MEHIA, Also Known as CHAVES, Appellant. [695 NYS2d 699] —Judgment, Supreme Court, New York County (David Saxe, J., at plea; Laura Visitacion-Lewis, J., at sentence), rendered January 26, 1998, convicting defendant, upon his guilty plea, of criminal sale of a controlled substance in or near school grounds, and sentencing him to a term of 2½ to 7½ years, unanimously affirmed.

Defendant did not preserve his claim that the court improperly enhanced his sentence for his failure to appear at sentencing and his subsequent arrest for, and conviction of, another crime and we decline to review it in the interest of justice. In any event, we perceive no abuse of sentencing discretion. Concur—Ellerin, P. J., Rosenberger, Nardelli, Mazzarelli and Andrias, JJ.